**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADILET KUBANYCHBEKOV,<br><br>                                   Petitioner,<br><br>        v.<br><br>JEREMY CASEY, Warden, Imperial Regional Detention Facility; PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary of Homeland Security; GREGORY J. ARCHAMBEAULT, Acting Field Office Director, Enforcement and Removal Operations; TODD LYONS, Director, U.S. Immigration and Customs Enforcement,<br><br>                                   Respondents. | Case No.:  26cv1075 DMS DEB<br><br>**AMENDED ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition in which they concede "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (Return at 2.)  Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge within seven (7) days of this Order.  The parties are ordered to file a Joint Status

1

Report within fourteen (14) days of this Order's entry confirming Petitioner received a bond hearing and setting out the results of that hearing.

**IT IS SO ORDERED**.

Dated:  March 30, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv1075 DMS DEB